IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CARLOS E. CORTES,

    *Plaintiff*,

v.                                    Case No. 0:20-cv-60050-RS

FIORELLA INSURANCE AGENCY, INC.,

    *Defendant*.

_____/

**[PROPOSED] ORDER GRANTING FIORELLA INSURANCE AGENCY, INC.'S**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

THIS MATTER is before the Court on Defendant Fiorella Insurance Agency's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"). The Court having reviewed the Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant shall have until February 18, 2020 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of January, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE