**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CARLOS E. CORTES,

    *Plaintiff*,

v.                                                  Case No. 0:20-cv-60050-RS

FIORELLA INSURANCE AGENCY, INC.,

    *Defendant.*

_____/

**NOTICE OF ATTORNEY APPEARANCE**

Jorge A. Pérez Santiago of the law firm Stumphauzer Foslid Sloman Ross & Kolaya, PLLC hereby enters his appearance as counsel on behalf of Defendant Fiorella Insurance Agency, Inc. in the above-captioned matter and respectfully requests service of all future pleadings, orders, and other papers at the contact information below.

Dated: February 21, 2020                           Respectfully Submitted,

                                                             STUMPHAUZER FOSLID SLOMAN
                                                            ROSS & KOLAYA, PLLC
                                                            Two South Biscayne Boulevard
                                                            Suite 1600
                                                            Miami, FL 33131
                                                            Telephone: (305) 614-1404
                                                            Facsimile: (305) 614-1425

                                                            By:  /s/ *Jorge A. Perez Santiago*
                                                            JORGE A. PEREZ SANTIAGO
                                                            Florida Bar No. 91915
                                                            jperezsantiago@sfslaw.com
                                                            docketing@sfslaw.com

                                                  *Counsel for Fiorella Insurance Agency, Inc.*

[certificate of service on next page]

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Mr. Cortes via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ Jorge A. Pérez Santiago
    JORGE A. PEREZ SANTIAGO

## SERVICE LIST
*Carlos E. Cortes. v. Fiorella Insurance Agency, Inc.*
Case No. 0:20-cv-60050-RS
United States District Court, Southern District of Florida

**Carlos E. Cortes**
200 S.E. 5th Ave., #603
Dania Beach, FL 33004
Tel.: (954) 871-0244
E-mail: ccortes111415@gmail.com