UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CARLOS E. CORTES,** | ) Case No. 20-CIV-60050-RS |
| *Plaintiff,* | ) |
| vs. | ) |
| **Fiorella Insurance Agency, Inc.,** | ) |
| *Defendant,* | ) |

FILED BY _____ D.C.

MAR 31 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## NOTICE OF SETTLEMENT

Plaintiff Carlos E. Cortes hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing a settlement agreement.

Date: March 31 , 2020

Respectfully Submitted,

Carlos E. Cortes
200 S.E. 5th Avenue
#603
Dania Beach, FL 33004
954-871-0244

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served, by U.S.P.S. certified mail # 7019 0160 0001 1446 0859 , upon the named individuals on the Service List below.

Signed April 01, 2020

*Carlos E. Cortes*

**Service List:**

**Ian M. Ross & Jorge A. Perez Santiago**

**STUMPHAUZER FOSLID SLOMAN**

**ROSS & KOLAYA, PLLC**

**Two South Biscayne Blvd.**

**Suite 1600**

**Miami Fl, 33131**

**Telephone: (305) 614-1404**

**Fax: (305) 614-1425**

iross@sfslaw.com

jperezsantiago@sfslaw.com

docketing@sfslaw.com

*Attorneys for Defendant:*

**Fiorella Insurance Agency, Inc.**