IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



CARLOS E. CORTES,

*Plaintiff*,

v.  Case No. 0:20-cv-60050-RS

FIORELLA INSURANCE AGENCY, INC.,

*Defendant*.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Carlos Cortes ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his claims with prejudice, with Plaintiff and Defendant each bearing their respective attorneys' fees and costs.

Date: April 17, 2020

Respectfully submitted,

CARLOS E. CORTES

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served, by U.S.P.S. certified mail # 7019 0160 0001 1446 0866 , upon the named individuals on the Service List below.

Signed April 18, 2020

Carlos E. Cortes

**Service List:**

**Ian M. Ross & Jorge A. Perez Santiago**

**STUMPHAUZER FOSLID SLOMAN**

**ROSS & KOLAYA, PLLC**

**Two South Biscayne Blvd.**

**Suite 1600**

**Miami Fl, 33131**

**Telephone: (305) 614-1404**

**Fax: (305) 614-1425**

iross@sfslaw.com

jperezsantiago@sfslaw.com

docketing@sfslaw.com

*Attorneys for Defendant:*

**Fiorella Insurance Agency, Inc.**